**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

RYAN C. ETHERSON-TABB,

    Petitioner,                                 Case No. 1:25cv00409

               v.

                                        Judge Michael R. Barrett

WARDEN, Southeast Correctional Institution,

    Respondent.

**ORDER**

This matter is before the Court on the January 28, 2026 Report and Recommendations ("R&R") filed by the Magistrate Judge (Doc. 14), in which he recommends that Ryan Etherson-Tabb's Petition for a Writ of Habeas Corpus[1] be dismissed with prejudice and that a certificate of appealability be denied.

Proper notice was given to Petitioner (who proceeds *pro se*) under Fed. R. Civ. P. 72(b), including notice that he may forfeit rights on appeal if he failed to file objections to the R&R in a timely manner.[2] *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).  Because Petitioner was served by mail, pursuant to Fed. R. Civ. P. 6(d) an additional 3 days were added (to the 14 days prescribed by Rule 72).[3]  Accordingly, Petitioner's objections were due no later than February 17, 2026.

To date, no objections have been filed and the time to do so has passed.

The R&R (Doc. 14) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED.**

---

[1] Respondent filed the State Court Record (Doc. 11) followed by a Return of Writ (Doc. 12).  Petitioner did not file a reply.

[2] *See also* 28 U.S.C. § 636(b)(1)(C).

[3] *See also* Fed. R. Civ. P. 6(a)(1)(C) ("When the period is stated in days or a longer until of time: include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.").

1

Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is **DISMISSED with prejudice**.  Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability.  The Court **CERTIFIES** that any appeal to the United States Court of Appeals for the Sixth Circuit would be objectively frivolous and, consequently, Petitioner is **DENIED** leave to appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

                 s/ *Michael R. Barrett*
                JUDGE MICHAEL R. BARRETT